IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MATTHEW C. ROSS, #384906 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  4:22cv105 |
| | § | |
| COLLIN COUNTY, ET AL. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Magistrate Judge issued a Report and Recommendation (Dkt. #31), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for a preliminary injunction (Dkt. #29). No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's motion for a preliminary injunction (Dkt. #29) is **DENIED**.

**SIGNED** this 12th day of October, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE